# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

BIS INDUSTRIAL SERVICES, INC.,

    Plaintiff,

v.                                CASE NO. 4:13cv119-RH/CAS

MARK MASSEY,
JOHN TODD ROBERTSON, and
JLM ADVANCED TECHNICAL
SERVICES, INC.,

    Defendants.

_____/

# ORDER CONFIRMING THE
# PRELIMINARY-INJUNCTION SCHEDULE

This confirms the schedule established without objection at the hearing on March 15, 2013.

IT IS ORDERED:

1. Oral argument on the plaintiff's motion for a preliminary injunction will occur on March 21, 2013, at 9:00 a.m.

2. The motion will be resolved based on the declarations and exhibits, without live testimony.

Case No. 4:13cv119-RH/CAS

3. The plaintiff's declarations and exhibits already have been filed.

4. The deadline for the defendants to file declarations and exhibits is March 19, 2013, at midnight E.D.T.

5. The deadline for the defendants to file a memorandum in response to the motion is March 19, 2013, at midnight, E.D.T.

6. The plaintiff may file a reply memorandum in support of the motion by 5:00 p.m. on March 20, 2013.

SO ORDERED on March 15, 2013.

                                      s/Robert L. Hinkle
                                      United States District Judge